AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
MAY 22 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

In the Matter of the Extradition
of Ager Mohsin Hasan

)
)
)
)
)
)
)

Case No: 1:17-mj-343
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 5/22/2017
Description: Arrest Warrant and Complaint

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 28, 2017__ in the county of __Canada__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 3184 | Being a fugitive from Canada, which has sought his provisional arrest with a view towards extradition on the charges of, inter alia, murder, pursuant ot the treaty of extradition between the United States and Canada, and Title 18 U.S.C., Section 3184 |

This criminal complaint is based on these facts:

See attached complaint

☐ Continued on the attached sheet.

*Complainant's signature*

Andrew Finkelman, Trial Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/22/2017

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE
*Judge's signature*

City and state: Washington, D.C.

*Printed name and title*