**FILED**

MAY 2 2 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

IN THE MATTER OF
THE EXTRADITION OF
AGER MOHSIN HASAN

Case No: 1:17-mj-343
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned:  5/22/2017
Description: Arrest Warrant and Complaint

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, the undersigned, being duly sworn, state on information and belief that the following is true and correct:

1.      In this matter, I represent the United States in fulfilling its treaty obligation to Canada.

2.      There is an extradition treaty in force between the United States and Canada, signed December 3, 1971, and which entered into force on March 22, 1976 (the "1971 Treaty"). The treaty was amended by a Protocol signed on January 11, 1988, which entered into force on November 26, 1991, and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (collectively referenced hereafter as the "Treaty").

3.      The 1971 Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4.      In accordance with article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of AGER MOHSIN HASAN ("HASAN"), with a view toward his extradition.

5.      According to information provided by Canada in the form authorized by the Treaty, HASAN was charged with the following:

- Break and Enter, contrary to section 348(1)(a) of the Criminal Code of Canada ("CCC");
- Assault (2 counts), contrary to section 266 of the CCC;
- Second Degree Murder, contrary to section 235(1) of the CCC; and
- Failure to Comply with Recognizance (3 counts), contrary to section 145(3) of the CCC.

6.      These offenses were committed within the jurisdiction of Canada. A warrant for HASAN's arrest was issued on May 1, 2017, occurrence number WA17091001, by Justice of the Peace R. Legate-Exon of the Ontario Court of Justice, in the City of Kitchener, Province of Ontario, Canada, for the offenses of Murder – Second Degree and Failure to Comply with Recognizance.

7.      According to the information provided by Canada, the warrant was issued on the basis of the following facts:  the second degree murder charges in Canada relate to a homicide that occurred at approximately 2:00 a.m. on April 28, 2017. The female victim has been identified as Melinda Vasilije. HASAN has been identified and charged with her murder. The incident took place at the victim's residence at 38 Country Hill Drive, Unit 102 in the city of Kitchener, Ontario, Canada. The victim occupied this residence with another female roommate, Anna Manda.

HASAN and the victim were involved in a dating relationship for approximately one year. This relationship had recently dissolved and HASAN had difficulty accepting that fact. The following events subsequently occurred:

On April 3, 2017, HASAN was charged with **Break and Enter with Intent and two counts of Assault** relating to an incident where HASAN came to the victim's residence and smashed through the rear patio door. HASAN assaulted the victim's roommate by grabbing her head and smashing it into the door frame. He also assaulted Manda's brother, Victor Manda, by kicking and punching him in the face, causing injury to his left cheek. These assaults took place while HASAN was attempting to make contact with Vasilije. HASAN was arrested near the scene and held in custody for a bail hearing. HASAN was charged with Break and Enter and two

counts of Assault (against Vasilije's roommate, Anna Manda, and against Manda's brother, Victor Manda).

On April 4, 2017, Ager HASAN was released from custody on a recognizance of bail by Justice of the Peace C.W. Anderson. As part of that recognizance of bail, HASAN agreed to the following conditions:

- Stay out of the following area: The Region of Waterloo except for required court appearances and to attend pre-arranged meetings with your legal counsel.

- Do not contact or communicate in any way either directly or indirectly, by any physical, electronic or other means, with the following: Melinda Vasilije, Christine Vasilije (victim's sister), Anna Manda (victim's roommate), Victor Manda (Anna Manda's brother), Byron Ramirez (Anna Manda's boyfriend), and Anna Todorovic (victim's mother).

- Do not possess any weapon(s) as defined by the Criminal Code (for example, but not restricted to, a pellet gun, firearm, imitation firearm, cross-bow, prohibited or restricted weapon or device, ammunition or explosive substance or anything designed to be used or intended for use to cause death or injury or to threaten or intimidate any person).

HASAN is now known to have breached these terms by repeatedly contacting Vasilije via text messages and social media prior to the homicide. Evidence of this was observed on the victim's cell phone that was recovered at the murder scene and from witness statements from Anna Manda and Ilona Huynh.

**Second Degree Murder and Fail to Comply with Recognizance (three counts).** On Thursday April 27, 2017, the victim, Melinda Vasilije, had arranged to meet with HASAN to talk about the recent termination of their relationship. According to witness statements from Anna Manda and Ilona Huynh, as well as evidence recovered from the victim's cell phone, HASAN had been continually contacting Vasilije via text message and social media since his release on bail. Vasilije did not contact police. She was nervous about HASAN coming to the residence and contacted her friend Ilona Huynh to come over as well. Huynh came to the residence and met with Vasilije and Manda – they both knew HASAN was coming to see Vasilije.

At approximately 11:00 p.m., Vasilije's sister, Christina Vasilije, arrived at the residence. She remained at the house for a short time before being driven to a night club in Waterloo by Manda and Huynh. At the time they departed the residence, HASAN had not yet arrived. Text messages show Vasilije told HASAN to wait until her roommates left. When Manda and Huynh returned to the residence at approximately 12:30 a.m. on April 28, 2017, Vasilije was heard in her bedroom with someone. They observed a pair of men's shoes at the front door. Manda and Huynh sat on the couch watching television until approximately 1:45 a.m. and could hear faint whispering coming from Vasilije' bedroom.

At approximately 1:45 a.m., Manda and Huynh left the residence to go to Burger King, leaving Vasilije and HASAN inside. Manda had sent a text message to Vasilije wondering if she wanted to come for food. Vasilije declined and indicated that "He" was just leaving. Upon returning to the residence at approximately 2:45 a.m., they entered and found Vasilije lying on the floor of the residence covered in blood with a knife lying nearby. Huynh contacted 9-1-1.

At 2:40 a.m., the 9-1-1 call was received by Waterloo Regional Police. Police, along with Kitchener Fire Department and Waterloo EMS responded to the scene. Upon arrival, Vasilije was found still on the floor covered in blood with no vital signs. Vasilije was suffering from multiple stab wounds to her neck and chest. Lifesaving attempts were made but were unsuccessful and Vasilije was pronounced deceased at 3:05 a.m. An autopsy later confirmed the cause of death as multiple stab wounds to her neck and chest. The manner of death was determined to be homicide.

HASAN was no longer at the residence and it was believed that he had fled the scene.

HASAN'S residence in Hamilton was checked but he was not located there. Investigators checked with Canadian Border Services and confirmed that HASAN had crossed into the United States of America via the Peace Bridge. His departure from Canada into the United States was at 5:44 a.m.

Vasilije's cellular telephone was reviewed by investigators and text messages between her and an entry of "A.H", telephone number 289-489-7729, were found. They show arrangements being made between Vasilije and HASAN for him to come to her address and that

he was outside waiting for her roommates to leave. This number has been confirmed by investigators as belonging to HASAN. Surveillance video has been obtained which shows a vehicle matching HASAN's parked in front of Vasilije's residence and the video times are consistent with text messages sent by HASAN. It shows a male running from the area of Vasilije's residence at 2:01 a.m. and fleeing in a vehicle similar to a Honda HRV.

On May 1, 2017 a person believed to be HASAN posted a long document on the website "Reddit.com" in which he provided details of the incident and claimed his actions were in self-defense. He posted multiple photos of HASAN and Vasilije as well as excerpts of a text conversation between them on the night of the murder. The text conversation posted was consistent with messages recovered from Vasilije's telephone.

HASAN is on the run avoiding arrest. His current whereabouts in the United States are unknown and a Canada-wide warrant for HASAN's arrest has been issued for the offences of **Second Degree Murder and Fail to Comply with Recognizance (three counts).** He is still facing prosecution for the original charges of **Break and Enter and Assault (two counts).**

8.    The requesting country has indicated that there are urgent circumstances that warrant HASAN's provisional arrest. HASAN fled Canada after committing the murder in an attempt to avoid prosecution. HASAN is aware police are looking for him and a warrant has been issued for his arrest. HASAN has corresponded with investigators through "whatsapp" messaging and email up to May 7, 2017, and indicated he wanted to turn himself in, however, he wanted investigators to offer him a plea deal first. He has stated several times in these communications that he does not want to be arrested by US law enforcement. On May 20, 2017, at approximately 8:00 p.m., HASAN was seen at a truck stop in Tennessee, travelling southbound on an Interstate highway, and expressed an intent to flee to Mexico, but his whereabouts within the United States are not known.

9.    The offenses with which HASAN is charged are provided for in Article 2 of the Extradition Treaty, as amended by the Protocols, cited above.

10.     The requesting state has represented that it will submit a formal request for extradition, supported by the documents specified in the Treaty, within 60 days, as required by Article 11 of the Extradition Treaty, as amended by the Protocols.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the aforenamed person be issued in accordance with Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Canada, as amended by its Protocols.

VAUGHN A. ARY
Director
Office of International Affairs
OK Bar No. 12199


By: _____
Andrew Finkelman
Bar DC. # 990870
Trial Attorney
Office of International Affairs
U.S. Department of Justice
1301 New York Avenue, NW
Washington, DC 2005
202-353-0572

Sworn to before me this 22ND ___ day of 2017,

of MAY
at _____

AND A WARRANT SHALL SO ISSUE.

_____
United States Magistrate Judge


UNITED STATES MAGISTRATE