

**FILED**

MAY 22 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE MATTER OF )
) Case No: 1:17-mj-343
) Assigned To: Magistrate Judge G. Michael Harvey
THE EXTRADITION OF ) Date Assigned: 5/22/2017
) Description: Arrest Warrant and Complaint
AGER MOHSIN HASAN )
)

## ORDER OF SEAL

Having considered the Government's Motion to Seal the Complaint for Provisional Arrest, Supporting Paperwork and Arrest Warrant, and for good cause stated therein, the Court makes the following:

### FINDINGS OF FACT

1. Sealing the Complaint for provisional arrest, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order in the above-captioned matter, will further the legitimate prosecutorial interest in locating and safely obtaining custody of the fugitive, who is sought for prosecution by the Government of the Kingdom of Tonga in connection with a violent offense.

2. The public docketing at this time of the complaint for provisional arrest, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order of Seal, could have an adverse effect on the government's ability to safely obtain custody of the fugitive.

3.      Accordingly, these facts present a legitimate basis for sealing the complaint for provisional arrest, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order of Seal.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED, that the Clerk of the Court seal in this matter the complaint for provisional arrest, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order, except that the United States Government may disclose the existence and/or contents of the complaint for provisional arrest, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or to detain the fugitive.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint for provisional arrest, any supporting documents, the Arrest Warrant, the underlying Motion to Seal, and this Order until further order of the Court.

It is FURTHER ORDERED that the complaint for provisional arrest, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order in the above-captioned matter shall be unsealed upon oral motion of the Government to this Court or to any Court where the fugitive is first presented.

It is FURTHER ORDERED that the Clark of Court shall provide to the United States Department of Justice certified copies of the complaint for provisional arrest, any supporting

documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order in the above-captioned matter upon request.

Date: 5/22/17

_____
UNITED STATES MAGISTRATE JUDGE

cc: Alexander Kalim
Trial Attorney
Office of International Affairs
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC
(202) 307-1909

3