# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____  )
                                     )
IN THE MATTER OF                     )
                                     )  Case No. 17-mj-343
THE EXTRADITION OF                   )
                                     )
AGER MOHSIN HASAN                    )
_____  )

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through undersigned counsel, moves to dismiss the above-captioned case. In support of this motion, the government states the following:

1. There is a Treaty of Extradition in force between the United States and the Government of Canada, signed December 3, 1971, and which entered into force on March 22, 1976 (the "1971 Treaty"). The treaty was amended by a Protocol signed on January 11, 1988, which entered into force on November 26, 1991, and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (collectively referenced hereafter as the "Treaty").

2. Pursuant to Article 11 of the Treaty, the Government of Canada submitted a request for the provisional arrest of AGER MOHNSIN HASAN ("HASAN"), with a view towards his extradition.

3. On May 22, 2017, based on the Canadian request for provisional arrest, the government submitted an application to this Court for the issuance of a complaint and warrant for the provisional arrest of HASAN, with a view towards his extradition to Canada, pursuant to the Treaty and 18 U.S.C. § 3184.

4. That same day, this Court issued a sealed complaint and arrest warrant for HASAN.

5. On July 11, 2017, HASAN was taken into custody on the arrest warrant the Court issued in this matter in San Antonio, Texas, within the jurisdiction on of the United States District Court for the Western District of Texas. On July 12, 2017, upon the government's application, the United States District Court for the Western District issued a complaint and arrest warrant for HASAN's provisional arrest with a view towards his extradition, in case number 15-mj-00786-ESC-1. HASAN made an initial appearance before a magistrate judge of the United States District Court for the Western District of Texas on July 12, 2017. The court ordered HASAN detained pending further proceedings. An extradition hearing in that matter is currently set for September 11, 2017.

6. Because HASAN has now been "found" within the jurisdiction of the United States District Court for the Western District of Texas, and has been charged there with "having committed within the jurisdiction of any such foreign government any of the crimes provided for" by the Treaty, the complaint issued by this Court may, and should, be dismissed. *See* 18 U.S.C. § 3184; *Pettit v. Walshe*, 194 U.S. 205 (1904).

WHEREFORE, the government respectfully moves to dismiss the above-captioned case.

Respectfully submitted,

VAUGHN A. ARY
Director
Office of International Affairs
OK Bar No. 12199

By: _____
Andrew Finkelman
D.C. Bar. # 990-870

2

Trial Attorney
Office of International Affairs
U.S. Department of Justice
1301 New York Avenue, NW
Washington, DC 2005
(202) 353-0572