**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____
                                                                       )
IN THE MATTER OF                                )
                                                                       )     Case No. 17-mj-343
THE EXTRADITION OF                         )
                                                                       )
AGER MOHSIN HASAN                       )
_____   )

## ORDER

Upon consideration of the government's Motion to Dismiss, and the entire record in this

case, it is this \_\_\_\_ day of July 2017, hereby

ORDERED, that the above-captioned case is DISMISSED.

Date: _____          _____
                                                                       HON. G. MICHAEL HARVEY
                                                                       UNITED STATES MAGISTRATE JUDGE

1