# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Case No. 17-mj-343 |
| THE EXTRADITION OF ) | |
| ) | **FILED UNDER SEAL** |
| AGER MOHSIN HASAN ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by its attorney, a Trial Attorney of the Criminal Division of the U.S. Department of Justice, hereby moves this Court to direct that the complaint, warrant, and docket entries in this case be unsealed. In support of this motion, the government states that the fugitive, AGER MOHSIN HASAN, was arrested the warrant of provisional arrest issued by this Court on July 11, 2017, in San Antonio, Texas, and has been presented on said warrant in the United States District Court for the Western District of Texas. Thus, there is no further reason to keep the case under seal.

Respectfully submitted,

VAUGHN A. ARY
Director
Office of International Affairs
OK Bar No. 12199

By: _____
Andrew Finkelman
D.C. Bar. # 990-870
Trial Attorney
Office of International Affairs
U.S. Department of Justice
1301 New York Avenue, NW

1

Washington, DC 2005
(202) 353-0572