# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____
                                    )
IN THE MATTER OF                    )
                                    )   Case No. 17-mj-3343
THE EXTRADITION OF                  )
                                    )
AGER MOHSIN HASAN                   )
_____)

## ORDER

Having considered the Government's Motion to Unseal in this matter, and for good cause stated therein, it is hereby

**ORDERED**, that all documents in the case filed to date are hereby unsealed, and the above-captioned case is no longer itself sealed and any documents in this case may be filed on the Court's electronic filing system.

Date: _____         _____
                                    HON. G. MICHAEL HARVEY
                                    UNITED STATES MAGISTRATE JUDGE

1