

**FILED**
JUL 1 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE MATTER OF )
)
) Case No. 17-mj-343
THE EXTRADITION OF )
)
AGER MOHSIN HASAN )
)

## ORDER

Upon consideration of the government's Motion to Dismiss, and the entire record in this case, it is this 18th day of July 2017, hereby

ORDERED, that the above-captioned case is DISMISSED.

Date: July 18, 2017

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

**Deborah A. Robinson**
United States Magistrate Judge

1