UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUL 1 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE MATTER OF )
) Case No. 17-mj- 343
THE EXTRADITION OF )
)
AGER MOHSIN HASAN )
)

## ORDER

Having considered the Government's Motion to Unseal in this matter, and for good cause stated therein, it is hereby

**ORDERED**, that all documents in the case filed to date are hereby unsealed, and the above-captioned case is no longer itself sealed and any documents in this case may be filed on the Court's electronic filing system.

Date: July 18, 2017

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
Deborah A. Robinson
United States Magistrate Judge

1